UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>ENGLYSH MICHELLE MATTOX,<br><br>         Defendant. | Case No.: 21CR0098-JLS<br><br>**ORDER DENYING MOTION TO APPEAR BY VIDEO/TELEPHONE AT SENTENCING AND CONTINUING SENTENCING HEARING** |

  The Court has considered Defendant's Motion to Appear by Video/Telephone at Sentencing; or in the Alternative, Motion to Waive Personal Presence for Sentencing Hearing (ECF No. 50) and the Government's response thereto.  Rule 43(a)(3) of the Federal Rules of Criminal Procedure requires that a Defendant be present at sentencing.  Section 15002(b)(1) of the Coronavirus Aid, Relief, and Economic Security Act permits the use of video or telephone conferencing for certain proceedings, but felony sentencing proceedings are not among them.  Therefore, the Court concludes that Defendant must be physically present at her sentencing hearing.  Accordingly, Defendant's motion is **Denied**.

  Given the short period of time remaining to make travel arrangements and Defendant's health concerns, the Court will continue the sentencing hearing from August 30, 2021 to **Monday, September 27, 2021** at **9:00 a.m.**  Defendant shall file an acknowledgment of the new hearing date by September 10, 2021.

  IT IS SO ORDERED.

Dated: August 24, 2021

                   *Janis L. Sammartino*
                   Hon. Janis L. Sammartino
                   United States District Judge